IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES O., et al., | : |
| Plaintiffs, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 13-0512 |
| SCHOOL DISTRICT OF PHILADELPHIA, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this __25th__ day of September, 2014, upon consideration of Plaintiffs' Motion for Attorneys' Fees (Doc. 23); Defendant's Response in Opposition thereto (Doc. 24); and Plaintiffs' Reply in Support of Motion for Attorneys' Fees (Doc. 27), and for the reasons set forth more fully in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED AND DECREED** that:

1) Plaintiffs' Motion for Attorneys' Fees (Doc. 23) is **GRANTED IN PART.**

2) **Plaintiffs are awarded a total of $33,701 in attorneys' fees and $600.52 in costs,** which shall be paid within **thirty (30) days** of entry of this Order.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**